# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | Telephone: (518) 449-2043 | **For payments Only:** |
| Trustee | Facsimile: (518) 449-2473 | P.O Box 1918 |
| **Bonnie Baker, Esq.** | | Memphis, TN 38101-1918 |
| Assoc. Attorney | | |

August 31, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    05-18420            Ralph & Janice Deluke

To Whom It May Concern:

Enclosed please find check #**921787** in the amount of $**4.99**. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Ralph & Janice Deluke
262 Depot Road
PO Box 416
Duanesburg, NY 12056

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli